IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE ROBERT E. BLACKBURN

Criminal Action No.  08-cr-00307-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

7. DEBRA TUCKER,

      Defendant.

---

## ORDER EXONERATING BOND

---

     As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

     **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

     **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

     DATED at Denver, Colorado, this 7th day of August, 2009.

BY THE COURT:

Robert E. Blackburn
United States District Judge