**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00307-REB-07

UNITED STATES OF AMERICA,

 Plaintiff,

v.

7. DEBRA TUCKER,

 Defendant.

## MINUTE ORDER[1]

On **November 22, 2010**, commencing at 1:30 p.m., the court shall conduct a revocation of supervised release hearing.

 Dated: July 12, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.