**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00307-REB-07

UNITED STATES OF AMERICA,

     Plaintiff,

v.

7. DEBRA TUCKER,

     Defendant.

---

**MINUTE ORDER**[1]

---

On **May 23, 2011**, commencing at 9:00 a.m., the court shall conduct a revocation of supervised release hearing in this matter.

Dated: May 12, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.