**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  08-cr-00307-REB-07

UNITED STATES OF AMERICA,

      Plaintiff,

v.

7.  DEBRA TUCKER,

      Defendant.

---

**MINUTE ORDER**[1]

---

      On June 10, 2011, the court conducted a telephonic setting conference to set this matter for a revocation of supervised release hearing.  After conferring with counsel and with their consent,

      **IT IS ORDERED** that on **July 13, 2011**, commencing at 1:30 p.m., the court shall conduct a revocation of supervised release in this matter.  The court reserving two (2) hours for this hearing.

      Dated:  June 10, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.