**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  08-cr-00307-REB-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  DEBRA TUCKER,

    Defendant.

**AMENDED
ORDER**[1]

**Blackburn, J.**

The matter is before me on defendant's **Motion To Stay Order of Surrender Issued on August 2, 2011** [#541][2] filed August 4, 2011.  I grant the motion in part and deny it in part. I grant the motion to the extent that the motion seeks permission for the defendant to surrender to the United States Marshal for the District of Colorado, who then shall transport the defendant to the institution designated by the Bureau of Prisons.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendant's **Motion To Stay Order of Surrender Issued on August 2, 2011** [#541] filed August 4, 2011, is **GRANTED** in part and **DENIED** in part:

    a.  That the motion is granted insofar as the defendant requests

---

[1] This amended order is necessary to disambiguate the impossible requirement that the defendant surrender on Wednesday, August 11, 2011, when August 11, 2011, the intended date of surrender, falls on Thursday, not Wednesday.

[2] "[#541]" is an example of document convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

permission to surrender to the United States Marshal for the District of Colorado as opposed to self-surrendering to the institution designated by the Bureau of Prisons; and

        b.  That the motion is denied insofar as it requests a stay of execution of my order to surrender [#539] entered August 2, 2011;

    2.  That by 12:00 p.m. (noon) on Thursday, August 11, 2011, the defendant shall surrender to the United States Marshal for the District of Colorado at the Alfred A. Arraj, United States Courthouse Annex (Third Floor) at 901 19th Street, Denver, Colorado 80294, who shall then transport the defendant as soon as practicable to the Warden, Dublin FCI SCP, 5701 8th Street, Camp Parks, Dublin, California, which is the institution designated by the Bureau of Prisons; and

    3.  That this amended order supplants and supersedes the **Order** [#544] entered August 9, 2011.

    Dated August 10, 2011, at Denver, Colorado.

                                    **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge